UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

          -against-                                                  18-cr-393 (LAK)

CARLOS MANUEL SERRANO,

          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The government's response to the defendant's motion (Dkt 39) shall be filed no later than May 31, 2023. Defendant shall file his reply, if any, within 30 days of the date that the government files its response.

        SO ORDERED.

Dated:     May 11, 2023

                                                          Lewis A. Kaplan
                                                      United States District Judge