Mailed by First Class Mail by Chambers on 7/14/2023.  AM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

United States of America,

                                                                                         18-CR-0393(LAK)

   v.

Carlos Manuel Serrano,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

        By letter dated July 5, 2023 defendant Serrano informed the Court that he had not received the Government's opposition to the defendant's motion for compassionate release. AUSA Alison Moe has since informed the Court that she has re-mailed defendant a second copy of the Government's May 31, 2023 letter brief in opposition.  Accordingly, defendant Serrano's reply to the Government's opposition is due by September 5, 2023.

        SO ORDERED.

Dated:     July 14, 2023

                                                                /s/ Lewis A. Kaplan
                                                              _____
                                                                 Lewis A. Kaplan
                                                             United States District Judge