RECEIVED
JUN 10 2022
JUDGE KAPLAN'S CHAMBERS

In the United States District Court
For the Southern District of New York

Carlos Serrano,    Case No. # 18-CR-393

**MEMO ENDORSED**

Petitioner,

v.

United States of America,

Respondent.

Motion For Compassionate Release Pursuant to
18 U.S.C. 3582(c)(1)(A) With Memorandum of Law

To the Honorable Court Judge:

The United States, and the entire world, has and is grappling with an unprecedented pandemic, and is predicted that winter 2022 will by far be the worses. In the United States alone, there has been a million deaths, and millions of confirmed infected cases. See: Cases in the U.S. Centers for Disease Control and Prevention, @ https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.html. Older individuals and those with pre-existing medical conditions have been shown to have a higher rate of death or serious complications associated with Covid-19 infection. See: Assessing Risk Factors for Severe Covid-19 Illness. (CDC), @ https://www.cdc.gov/corona

(1)

Memorandum Endorsement                     United States v. Carlos Serrano, 18-cr-0393 (LAK)

       The motion for compassionate release, which is defendant's second such motion, is denied, substantially for the reasons set forth by the government. The defendant has shown neither extraordinary and compelling reasons nor that the Section 3553(a) factors support release.

       SO ORDERED.

Dated:      December 13, 2023

                                              Lewis A. Kaplan
                                      United States District Judge